JOHN R. SOMMER (SBN 106355)
ATTORNEY-AT-LAW
17426 Daimler Street
Irvine, California 92614
(949) 752-5344, Fax: (949) 752-5439

Attorneys for Plaintiff
STUSSY, INC.

Enter JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STUSSY, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEZMIR ACTIVE WEAR, INC.;<br>ISLAND WAREHOUSE; IMAGE;<br>RONNY KAJ; RFM INCORPORATED;<br>JOAN KEROVPYAN;<br><br>　　　　　　Defendants. | Case No.: SACV 09-759 MLG<br><br>JUDGMENT |

　　　　Pursuant to Plaintiff Stussy, Inc.'s Application for Entry of Default Judgment,
IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff
Stussy, Inc., ("Stussy") have judgment against Defendant Lezmir Active Wear, Inc.,
("Lezmir") and Defendant Ronny Kaj ("Kaj"), jointly and severally, for

/ / /

/ / /

/ / /

JUDGMENT

$83,240.56 and $770.00 in costs.

Judgment is further granted in favor of Stussy against Kaj solely for an additional $1,500.00.

Judgment is further granted in favor of Stussy against Lezmir solely for an additional $1,000.00 in attorney's fees.

IT IS SO ORDERED.

Dated: 1/4/10

Hon. James V. Selna
U.S. District Judge

Stussy v. Lezmir Active Wear - Default.Judgment.doc

2